IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:15CR146 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | |
| | ) | |
| ALLEN D. MILES, | ) | UNOPPOSED MOTION TO CONTINUE |
| | ) | SENTENCING HEARING |
| Defendant. | ) | |

Now comes the United States of America, by and through its attorneys, Carole S. Rendon, Acting United States Attorney, and Carmen E. Henderson and Michael L. Collyer, Assistant United States Attorneys, and hereby respectfully moves for a brief continuance of the sentencing hearing set in the instant case.

Sentencing for the above-captioned case is set for June 13, 2016. AUSA Collyer expects to be in trial on that date. Additionally, AUSA Henderson expects be in trial the following two weeks. As a result of this conflict, the undersigned respectfully requests that the Court grant a 30-day continuance of the sentencing in the present case. Defendant's counsel does not oppose this motion.

Respectfully submitted,

CAROLE S. RENDON
Acting United States Attorney

By: /s/ Carmen E. Henderson
Carmen E. Henderson (OH: 0089212)
Michael L. Collyer (OH: 0061719)
Assistant United States Attorneys
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3967 / (216) 622-3744
(216) 522-8355 (facsimile)
Carmen.Henderson@usdoj.gov
Michael.Collyer@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on this 1st day of June 2016 a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  All other parties will be served by regular U.S. Mail.  Parties may access this filing through the Court's system.

    /s/ Carmen E. Henderson
Carmen E. Henderson
Assistant U.S. Attorney